Case 21-1100 and 21-1161 Amir Kaki MD v. Tenet Healthcare Corporation et al. Oral argument 15 minutes per side. Mr. Nelson for the appellants. Good morning Mr. Nelson. You may proceed. Good morning your honor. Matthew Nelson on behalf of all of the appellant defendants and I've reserved four minutes for rebuttal. Very well. Your honors this is a somewhat interesting case in that it presents two separate issues that raise the question of whether an intervening U.S. Supreme Court decision has changed this court's public or the effect of this court's published precedent. First that's true with regard to the federal question jurisdiction issue that's been raised and then second with regard to the manifest disregard standard for reviewing arbitration decisions. With regard to the federal question issue, obviously the U.S. Supreme Court has decided to take up this very issue in the Badger Road case. That case has been argued. I had hoped that there was a possibility we'd have that decision on Monday. We obviously didn't receive it. We had earlier in this case made a motion to hold the case in abeyance pending the decision in that case because if the Supreme Court there rules in favor of the petitioners our position is and I don't think it's contested is that there would be no federal question jurisdiction here and the court would have to address diversity jurisdiction and we would continue to believe that abeyance is proper. But if the court does wish to proceed I think its only option based on its published decision in city of Detroit pension fund and in the Collins versus Blue Cross case would be to determine that there is no federal question jurisdiction here and therefore the court would be forced to turn to diversity jurisdiction. Should the court do that and turn to diversity jurisdiction we would point out that... Before you move on I was checking the docket to see if you renewed your motion to hold it in abeyance before our motion earlier went to a motions panel to hold the case in abeyance and I think it was denied without prejudice for us to decide but it also specified without prejudice for renewing the motion. Did you renew the motion in front of us? We did not file a renewed motion. We referenced the issue of holding the case in abeyance in the reply brief and concluded that the court would be aware of the situation. We are happy to file a renewed motion to hold the case in abeyance. I'm not sure it's necessary. We're aware of the issue. I just wanted technically if it was before us or not. Okay. Very good. Go ahead. Your honor I would submit that it is within the court's discretion to manage its docket in that fashion. Let's say that Badgerill comes out such that there's no federal question jurisdiction in our case or in this case. What is the basis for diversity jurisdiction? Your honor we would submit there is no basis for diversity jurisdiction. The complaint here that was filed at the outset of all of this identified that both defendants Levy and Mallett are Michigan residents and that the DMC or VHS of Michigan as it's under by the acronym DMC for Detroit Medical Center has its principal place of business in Michigan and that's correct. So based on the evidence that's actually properly before this court which is the complaint and the allegations stated therein there is not complete diversity. If the court were. So Mr. Nielsen on the diversity issue since Tenet Healthcare is the a defendant and it's really I guess the operating company or the holding company for all these others. Would that provide a basis for diversity jurisdiction since it operates in many states and it's and it's not headquartered. Tenet is not headquartered in Detroit. No your honor it would provide for diversity if Tenet was the only defendant but the court would have to assess the headquarters of each of the defendants including the subsidiaries here and frankly one of those subsidiaries is VHS of Michigan and as I indicated Dr. Kaki has already acknowledged that the principal place of business for that organization is in fact in Michigan. As Frank I think logic would dictate as well. These are hospitals that operate only in Michigan and statutorily cannot operate outside of Michigan. But if the court were to proceed further down that road and say this issue has not been sufficiently developed such that it's necessary to go outside the record. We filed a motion to supplement the record and my colleague has attached some additional information that's not in the record in response to our motion to hold the case in abeyance. I think if you look at that evidence you will see that there's corporate records which are not a sufficient basis for for determining diversity under Hertz and then there's a there's some deposit there's some arbitration arbitral testimony as well as a declaration that we've submitted from the head of DMC with regard to where the offices are located and where officers are located. Sufficient I believe to establish that there is not diversity. Ultimately however if the court concludes that there is there has not been sufficient development with regard to the diversity issue I suppose the the court has the discretion to order a limited remand to the district court to make that factual determination. And I would submit that that given that what we're talking about is whether or not there is jurisdiction to address the issues in the case at all that that ought to be done if we're if the court is going to proceed in that fashion that that ought to be done before consideration of the merits of the of the issue although admittedly that's somewhat inefficient. Counsel I wanted to ask you your your motion here is only to partially vacate the arbitration award? That's correct your honor. Now why would that not be the same as a request for modification of the award? And the reason I'm asking I'm thinking maybe this really should be analyzed under section 11 of the FAA. Your honor at the we framed we we framed this issue at the time that we we brought the motion to to do so as a motion for partial vacateur excuse me I always stumble over that word. I suppose the court could turn and address it under the the separate standard of of course no one has briefed it under that standard or addressed that standard up to this point. The reason I the reason I bring it up is if it really is a motion for modification under section 11 I believe we may have some case law in the sixth circuit that would foreclose you from manifest disregard standard to apply to a motion for modification under section 11. So I think it can make a big difference in your case. Well your honor I believe that the effect of what we're looking for is in fact consistent with the relief of of vacation and not not modification because modification is something that the the federal courts do themselves. Vacator ultimately ends up in returning the case to the to the arbitrator. Here that's what we've been seeking with regard to specifically with regard to the incoherent portion of the of the decision and then the so since you're not seeking though complete to have to have the award completely vacated wouldn't that sort of negate the argument that you make it now and put this in the modification classification rather than the vacature classification. Your honor I have to admit that I haven't I'm going to confess ignorance here that I haven't specifically thought about the issue in that context it obviously hasn't been an issue that has been raised. I'm happy to submit a supplemental brief to address the issue but I feel like I probably will dig myself further into a hole if I continue to to discuss this without the opportunity to. I respect your candor thank you. With regard to the manifest disregard standard itself if I if I may in the the remaining two minutes I would point out that the manifest disregard standard is in fact the standard that this court has has adopted in published decisions with regard to vacating arbitration awards and that bodden did not change excuse me the hall street did not change the effect of that although this court has said it's an open question the court has fairly consistently applied the manifest disregard standard in a series of unpublished decisions. Are any of those posts are any of those posts hall street? Yes your honor I believe that Marshall and Coffee Beanery both of which we've cited are post hall street most recently there was an eastern district decision called Bradley versus Fountain Blue Health and Rehabilitation Center that also concluded that this court has adopted the manifest disregard standard citing to Judge Donald's decision in 2019 and Givens versus Optum Rx so all of those would be post hall street and ultimately this issue with regard to the manifest discard we think is dictated by this court's published decisions before hall street and that if the court is in fact going to get beyond the question of jurisdiction that it is appropriate for the court to to clarify that the manifest disregard standard remains that is in fact consistent we believe with with section 10d of the FAA itself which is the the district court judge addressed this issue under if that's not the case then the position must be as my colleague suggests that there's only a procedural analysis with regard to to arbitration awards and arbitration itself is a lawless waste expediency is the only value and complete disregard for the law despite the fact that the parties have contracted for the law is allowable and that simply cannot be the case unless the court has further questions i'll reserve the balance of my time all right you'll have your four minutes rebuttal thank you all let's hear from uh ms gordon good morning all um i'd like to make a few general comments this is an incredibly strong case on its merits um as a substantive matter whether you use the FAA standards or if you use manifest disregard defendants does not make a culpable claim that anything about this arbitration agreement should be set aside and i will get into that in a moment having said that you are facing some thorny issues having to do with the legal technicalities in particular the standard of manifest um disregard and the jurisdiction issue that's now cropped up since my client was ordered into arbitration uh well over two years ago um we are all clear that um FAA expresses federal policy favoring arbitration it's designed to be speedy to get a result that's sustainable um this matter has been looked at twice now your honors before this these exact issues came to you other than the jurisdiction because defendant did not raise jurisdiction at the district court or to the state panel of judges uh sutton uh cook and reader uh i don't think that matters i agree i'm just saying it's been looked at i hear you but they did specifically address i mean you you think it doesn't matter your honor that they didn't raise it correct i i agree but that's why it's just suddenly popping up in these briefs um with no you know so you're arguing uh uh that there is diversity jurisdiction here that we decided to add a diversity claim once they raised it here and if i may what's the basis of why there's diversity jurors may i hold off on that just for a second because i've got another uh pitch sort of to make you about how to handle this and i'll swing back um okay um so let me first address um what we think how that we think this case should be handled we do argue in our papers that manifest disregard should no longer be honored uh that it's moving in in the direction as you can see from judge sutton's argument and you can see what's happening elsewhere and all the circuits but you say you say it should no longer be honored but uh as a panel of this court aren't we bound by our precedent and yes even if i agreed even if i agreed with you that manifest disregard of the law is inconsistent with the statutory text that it's a judicial uh exception that's inconsistent would would not our en banc court be the appropriate vehicle to overrule our precedent as opposed to this panel yes and i was going to go on uh judge griffin to say uh i you know both uh judge judges turnout and judges sudden agreed it was an open question i think if this court wanted to take this case to discard it that's fine but we're not asking you to do that i don't care my client is not anxious to continue on the appellate road here with en banc appeals so we are asking you to analyze this case under manifest disregard your point is very well taken and that's just where where where that stands there is no way they can meet the manifest disregard standard uh that's clear um and i will get into that in in just a moment um with regard to jurisdiction and look through which has now been argued at the badge role case i do think that writing handwriting is very much on the wall if you follow the oral arguments there in the supreme court's questions uh it does appear that look through with regard to this particular section is going to become uh the law uh there is only two circuits that do not allow look through for uh this particular portion of the faa what we are asking you to do here for the reason to expedite so you're really hanging your hat on federal question jurisdiction right yes i both but yes i mean judge bush here's our thinking on this given now that they've raised this uh at this point i think this court should rule as a matter of law even uh you know and to your point there are no published opinions proposed of adding that there just are not from this circuit these are unpublished opinions uh that continue to say it's open question i think this panel should say right now and your uh your precedent is that uh you are going to adopt the majority view of the look through um and if the supreme court should overturn that no harm no foul we will be the one and last case where you have announced that but will allow my client dr amir khaki who's been through an awful lot to have his case heard and finalized once and for all and usb cotch this court proceeded to decide a circuit split issue despite the fact that the supreme court was to hold oral argument the following week uh following month in a case expected to resolve a circuit split there is no reason why this panel uh at this time cannot adopt the look through and it should we briefed it uh significantly the supreme court arguments were excellent you can hear what the justices say and it will dispose of this case your honors well we certainly can rule even though the issue has been argued before the supreme court was argued in november november 2nd but is it prudent to do so i mean is is is there a yes emergency is there some sort of time that would make this like the exceptional case that it needs this expeditious ruling i mean well here what's the problem of waiting till june well that's certainly an option but here's my thinking on this there is no harm i mean this is going to look through is going to be the law i believe and even if i'm wrong this court will have gone with the majority at least in this point in time and will allow this case to move through properly like so many others have and it's there's no later be affirmed in state court this is not a make it or break it this award will be affirmed we need to do it now this court should uh not wait for vaden uh excuse me for badgero it should now make the decision okay why do we why do we need to do it now why why is that because the case is pending in front of you and we the opinion may not be out for a while and it would allow my my client to finally move forward after over two and a half i mean they're going to appeal they're going to apply for cert i mean say we we adopted your position and uh on the look through yeah they're going to apply for cert cert anyway so it's not going to be over it's it's going to be pending in the supreme court and well in the meantime uh the case will be decided in the supreme court listen i take your point i'm trying to come up with a practical solution for my client and um there's nothing to stop you from adopting look through sure the law is very much there why not do it now and let dr khaki move forward with his life uh so that that's my my argument on that but miss gordon as judge griffin said though um there's going to be a little forward movement and i think if we if we decide this now it doesn't end and and his expenses uh you know the expense of this case continues to move forward because you have to then uh respond uh except with another filing if the other side seeks cert which they certainly will do so it seems to me that your argument is really against the economies for both the court your client and um uh your adversary i understood judge judge donald i'm as i say i'm trying to come up with a practical way for my client who's been waiting a long time i think it could be done but i take your point about granting sir so let me move on one other practical point i want to make which the panel really needs to understand defendant really has only two key arguments uh under manifest disregard and the two arguments are uh double recovery which i'd like to cover in a moment and then this uh so um i want you to know that as to double recovery i think judge bush already pointed this out uh defendant challenge is only one thing they don't like the fact that amir khaki got his medical staff privileges back that's what they are seeking to vacate uh members of the panel in two weeks dr khaki's one-year term of privileges that were reinstated is finished finished this matter will is singular that is all they are seeking that amir khaki not get his one year back and it's about to end it'll be essentially moot by the time this court uh makes its ruling now i would like to move on to um uh the issue of double recovery if that's something you want miss gordon before you get into the merits of the arbitration sure i don't think you address the diversity question you are correct okay i think that's pretty important uh because if if the supreme court ruled that there is no federal question jurisdiction the only jurisdiction we could have is diversity and tell me how your complaint alleges uh diversity of citizenship okay surely um so um as you know when plaintiff and no defendant are citizens of the same state we have diversity how do we determine citizenship of the litigants um we we have corporate entities here as judge donald already uh noted uh this is a completely a tenant health care case everything that was done was done by tenant out of dallas all the key players are out of dallas all the decision makers are out of dallas there are two nominal defendants uh who the arbitrator did not make an award against um that defendant claims are michigan employees so uh uh mr levy and mr mallet are nominal parties and those are the only individuals have any connection to michigan um if they're nominal parties why did your client sue them well the arbitrator decided they're nominal parties we had a different theory the arbitrator uh found that they were not liable we had numerous defendants that we came after they're only nominal your honor post arbitration award and that's what the law says because there is you know there's no judgment against them they have become nominal they were not nominal pre-arbitration award that's why we're calling the nominal and that is in our papers so with that is it diversity established when you file the complaint as opposed to later on or diversity is established at the time of the action of the case and the action in the case is when we return to the federal court to have the award confirmed your honor that is our position and the case law backs that up so we we do request that this court make a diversity ruling in our favor uh we do not think a remand makes much sense under these circumstances all right let me move quickly forward if you are concerned about the merits obviously the manifest disregard standard um is very difficult to reach in fact um judge donald covered all this very well in the gibbons case in 2019 mere error in interpretation or application of the law is insufficient the decision must fly in the face of clearly established legal precedent um i've just got a few minutes left and i do want if you have any if you have any concerns about this please let me know but this double recovery thing is defendants are utterly wrong on it have mischaracterized the law and the facts so i do want to cover the double recovery uh piece with you uh if i may so um there is no double recovery um there are two separate injuries in this matter uh separated by fact and by time um on october 1 2018 dr khaki was fired from his directorship and all on-call agreements that was an employment relationship he had a contract he received specifically allocated money this was all paid directly by the dmc that was taken away from him he was not reinstated to that job hence he had lost back wages and lost future wages with regard to his employment arrangement with the dmc of directorship and on-call agreements the arbitrator awarded that to him then months uh months later his medical staff privileges uh in april 2019 were taken away that is injury number two so understand this the directorship uh leadership positions whereby he could get referrals may referrals have been exceeding successful dmc practice were pulled but he was allowed to remain in the building and see patients how do you make money dmc doesn't pay you defendant acknowledges that you have to do it on your own you have to get patients in the door you have to build the majority of dr khaki's money and this is in an exhibit that we have attached it's in the defendant's appendix it's i think 361 uh it's a it's a red and green bar chart if you look at this document you will see that the majority dr khaki worked at other hospitals the vast majority of his income came from billing from seeing patients at the dmc um so he now gets his privileges back now what you've been fired there's been media publicity and you're walking in the door you're referring physicians have moved on to refer to other people you're starting from scratch there's no guaranteed income the arbitrator totally understood this hence she allowed reinstatement for one year only for medical staff privileges after that he's on his own with that came no income and he had to build it and the arbitrator took that into account she did not give him what he had been earning out of the dmc which is in that chart uh appendix 361 she gave him a smaller portion so those are two separate injuries there is no clear standard of law anywhere uh that would meet the manifest disregard standard as to this double recovery it's a catchphrase there's all different ways that an arbitrator can award damages and they have not shown in any manner that this arbitrator uh this flew in the face of reality or what this arbitrator should have done uh defendants have not articulated your honors what legal principle they use these vague catch terms as to both of their theories uh double recovery and then in incoherent decision there is no statute that says any of this and as to the double recovery they rely essentially on employment cases agreed if you are an employee and you are fired from the $50,000 a year job and the court reinstates you and you get your $50,000 a year back right away and the jury gave you that 50,000 that is double recovery that did not happen here not remotely did that happen here okay any any further questions judge donald judge right thank you ms gordon for your arguments uh mr nelson you have four minutes rebuttal thank you your honor let me start with the um with the issue of the federal question here if the court is going to take the invitation offered by my colleague to decide the federal question issue now the court this panel i believe is bound by the city of detroit pension fund case to conclude it does not have federal jurisdiction the court can't speculate federal question the court can't speculate based on perceptions of how oral argument went in the supreme court to overturn binding precedent from in a published decision from this court consequently the only decision that the court could make at this point with regard to the federal question issue is there is no federal question jurisdiction so in terms of the the approach here i continue to uh with regard to diversity jurisdiction if the court wants to uh to reach that issue uh i think uh judge griffin an answer to your question with regard to when is diversity assessed in this context because the complaint was filed in what is essentially a separate action under the or for purposes of the uh faa because the case was dismissed at the time that the case was sent to arbitration the motion to confirm the time the time to assess diversity is the time the motion to confirm the award was filed and at that time there were no nominal parties uh conrad mallett and john levy both michigan residents undisputedly so had an interest in having an award uh that found that they were not liable confirmed uh that was the uh that uh furthermore there is an admission from the defendants here as to where vhs is located and we've i've talked about that already i won't reiterate that but with regard to this idea that everything and everyone happened in dallas uh that was asserted a few moments ago there's no evidence in the record of that this court can't make obviously a decision with regards to diversity um it doesn't it doesn't make decisions with regard to diversity by assessing evidence i that's what it sends it back to the district court for and there is no evidence in the record from which to make that conclusion uh in fact as indicated before the case law is very clear the court needs to make an assessment as to uh the the the citizenship of each corporate entity that's being sued and not just the sort of well tenant is the turning finally to this this question of double recovery i believe that this is set forth fairly well in the briefing there is a a twist on the argument that was made i hear this morning that in fact that there was that there isn't a double recovery if you both have the privileges and earn the money and are paid for the money that you're being earned and we submit just as a matter of fact that that's not accurate and there is no way to read the uh the arbitration decision here is a double recovery and that the court acknowledged specifically acknowledged the fact that it could not award both front pay and reinstatement and then proceeded to to do just that which is the definition of manifest disregard unless the court has any further questions i'll see the balance of my time judge donald judge bush any other questions all right uh thank you very much mr nelson for your arguments uh and miss gordon for your arguments as well uh case will be submitted i believe that concludes the uh oral argument docket this morning if if so you may adjourn the court the court is now adjourned thank you your honors thank you